

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-15-00322-CR
07-15-00323-CR

MALCOM BROWN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 320th District Court
Potter County, Texas
Trial Court Nos. 69690-D & 70702-D, Honorable Don R. Emerson, Presiding

September 30, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Malcom Brown, appeals his convictions for burglary of a habitation and aggravated assault with a deadly weapon. The certifications of defendant's right to appeal executed by the trial court state that these are plea-bargain cases and "defendant has NO right of appeal." This circumstance was brought to the attention of appellant, and opportunity was granted him to obtain amended certifications entitling him to appeal. No such certifications were received within the time we allotted. Having

received no amended certifications, we dismiss both appeals per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.